JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DARLENE KAUFFMAN-SCOTT,           )   No. ED CV 10-01247-VBK
                                  )
                Plaintiff,        )   JUDGMENT
                                  )
        v.                        )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security,                         )
                                  )
                Defendant.        )
_____    )

    **IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

    **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.


DATED:  January 20, 2012                    /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE