JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARLENE KAUFFMAN-SCOTT,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | No. ED CV 10-01247-VBK<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: January 20, 2012

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE